# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MAURICE B. MOORE,         :

                      :

        Plaintiff,        :

                      :

        v.              :          Civil Action No. 19-1718 (CKK)

                      :

U.S. OFFICE OF PERSONNEL    :

MANAGEMENT,            :

                      :

        Defendant.     :

## <u>MEMORANDUM OPINION</u>

On May 31, 2019, plaintiff filed the original complaint in the Superior Court of the District of Columbia, and on June 12, 2019, defendant removed the case. ECF No. 1. On June 24, 2019, plaintiff moved to dismiss the case voluntarily. ECF No. 5. The Court will grant the motion and dismiss this case without prejudice. Plaintiff's pending motion for a temporary restraining order, ECF No. 4, will be denied without prejudice as moot. An Order is issued separately.

DATE: July 10, 2019          /s/
                              COLLEEN KOLLAR KOTELLY
                              United States District Court Judge